UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSE JACOBO CHITAY,**<br><br>Petitioner,<br><br>v.<br><br>**KRISTI NOEM, et al.,**<br><br>Respondents. | Civil Action No.  25-18253 (MCA)<br><br>ORDER |

Petitioner Jose Jacobo Chitay, a citizen of Guatemala who entered the United States as an unaccompanied minor in 2014 (ECF No. 1, Petition at ¶ 42), has filed a counseled habeas petition pursuant to 28 U.S.C. § 2241.  Petitioner was arrested by Immigration and Customs Enforcement ("ICE") on December 6, 2025, and taken to Delaney Hall, in Newark, New Jersey.  (*Id.* at ¶¶ 15, 43.)

This Court temporarily enjoined Petitioner's transfer on December 12, 2025.  (ECF No. 3.)  On December 15, 2025, Petitioner's counsel notified the Court that Petitioner had been moved out of this District after this Court issued its Order enjoining transfer but advised that Respondent's counsel stated that Petitioner would be returned to the District on December 15, 2025; however, Petitioner's counsel wrote to the Court again on December 23, 2025, to advise that Petitioner has not been returned to the District.  (ECF No. 6.)

Meanwhile, on December 19, 2025, Respondents filed a letter response (ECF No. 5), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL

3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025).  Respondents do not dispute Petitioner's counsel's claim that Petitioner was moved out of this District after this Court enjoined his transfer or that Respondents' counsel represented that Petitioner would be returned to this District.

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.  Additionally, the Court directs Respondents to return Petitioner to New Jersey prior to the bond hearing, which shall occur no later than December 30, 2025.

**IT IS** on this 23rd  day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) by December 30, 2025**; **Respondents shall return Petitioner to New Jersey prior to the bond hearing;** and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter confirming that they have returned Petitioner to New Jersey and advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**